```
                    UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
```

Twin City Fire Insurance Co.,   §
                                §
                                §
    Plaintiff                   §
                                §
V.                              §
                                §           CA-H-16-666
Oceaneering Internat'l, Inc.    §
et al

    Defendants

## NOTICE OF SETTING HEARING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

PLACE:       BOB CASEY FEDERAL BUILDING
             515 RUSK
             HOUSTON, TEXAS 77002
             COURTROOM 700, 7th FLOOR

**DATE:**    April 18, 2017

TIME:        **11:00 A.M.**

TYPE OF PROCEEDING: Status Conference.


**OUT OF TOWN COUNSEL MAY APPEAR BY TELEPHONE. PLEASE CALL 1-857-216-6700, CONFERENCE CODE: 803530.**


NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE                    DATE:04.13.2017


/S/ Shannon Jones
(BY) DEPUTY CLERK
TO: ALL PARTIES OF RECORD