United States District Court
Southern District of Texas

**ENTERED**
April 20, 2017
David J. Bradley, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>NANCY K. JOHNSON  PRESIDING</u>
DATE: <u>April 18, 2017</u>
ERO:  <u>Yes</u>
MORNING <u>11:01-11:06AM</u>          AFTERNOON

*************************************************************************

CIVIL  NO  4:16cv666

APPEARANCES:

Twin City Fire Insurance Co.                 Frederic Daniel Knight
       Plaintiff                             James T. Sandnes (by phone)
vs.

Oceaneering International, Inc. et al            J. James Cooper
       Defendants

*************************************************************************

DOCKET ENTRY

NKJ: <u>Status Conference</u>

<u>The parties will submit a proposed final judgment for ruling.</u>

SIGNED in Houston, Texas, this <u>20</u>th  day of April, 2017.

_____
U.S. MAGISTRATE JUDGE