**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TWIN CITY FIRE INSURANCE CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:16-cv-666 |
| | § | |
| OCEANEERING INTERNATIONAL, | § | |
| INC., et al. | § | |
| | § | |
| Defendants. | § | |

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that Oceaneering International, Inc. ("Oceaneering"), John R. Huff, T. Jay Collins, Jerold J. Desroche, D. Michael Hughes, Harris J. Pappas, Paul B. Murphy, Jr., David S. Hooker, and M. Kevin McEvoy hereby appeal to the United States Court of Appeals for the Fifth Circuit from: (1) the March 29, 2017 Order [Dkt. 43] Adopting in Full Magistrate Judge Nancy Johnson's February 26, 2017 Memorandum and Recommendations [Dkt. 40] and, to the extent necessary, the findings included in Magistrate Johnson's Memorandum and Recommendations; and (2) the Final Judgment entered in this action on April 19, 2017 [Dkt. 46]; together with all rulings, findings, and determinations embodied in those orders.  This appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is filed within 30 days of the March 29, 2017 Order and the April 19, 2017 Final Judgment.

Respectfully submitted,

**REED SMITH LLP**

By:  */s/ J. James Cooper*
J. James Cooper
Texas Bar No. 04780010
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: 713.469.3800
Facsimile: 713.469.3899
jcooper@reedsmith.com

*Attorney in Charge for Defendants Oceaneering International, Inc., John R. Huff, T. Jay Collins, Jerold J. Desroche, D. Michael Hughes, Harris J. Pappas, Paul B. Murphy, Jr., David S. Hooker, and M. Kevin McEvoy*

OF COUNSEL:

**REED SMITH LLP**
Caitlin R. Garber (*pro hac vice forthcoming*)
Pa. I.D. No. 311321
cgarber@reedsmith.com
Kateri Tremblay (*pro hac vice forthcoming*)
Pa. I.D. No. 320466
ktremblay@reedsmith.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of April, 2017, a true and correct copy of the above Notice of Appeal has been served on all counsel of record via the CM/ECF system.

*/s/ J. James Cooper*
J. James Cooper