# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
DEC 27 2017
David J. Bradley, Clerk of Court

4:16-cv-266

No. 17-20303

A True Copy
Certified order issued Dec 27, 2017

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

TWIN CITY FIRE INSURANCE COMPANY,

    Plaintiff–Appellee,

versus

OCEANEERING INTERNATIONAL, INCORPORATED;
JOHN R. HUFF; T. JAY COLLINS; JEROLD J. DESROCHE;
D. MICHAEL HUGHES; HARRIS J. PAPPAS; PAUL B. MURPHY, JR.;
DAVID S. HOOKER; M. KEVIN MCEVOY,

    Defendants–Appellants.

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

    IT IS ORDERED that appellants' unopposed motion, under Fifth Circuit Rule 42.4, to stay proceedings and dismiss the appeal without prejudice to the ability of any party to seek reinstatement, without need of re-briefing, within 180 days of the dismissal, is GRANTED.

                              /s/ Jerry E. Smith
                           JERRY E. SMITH
                       United States Circuit Judge

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 27, 2017

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 17-20303   Twin City Fire Insurance Co. v. Oceaneering International, Inc, et al  
                  USDC No. 4:16-CV-666

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Angelique B. Tardie, Deputy Clerk  
504-310-7715

cc w/encl:  
    Mr. J. James Cooper  
    Ms. Christine Kirchner  
    Mr. Frederic Daniel Knight  
    Mr. James Sandnes  
    Mr. Robert Alan York